Klemp Metal Grating Corporation, Plaintiff-Appellee,
v. Edwin Pratt's Sons Co., Defendant-Appellant.

Gen. No. 10,875. (Abstract of Decision.)

Second District.

November 5, 1955.

Released for publication November 22, 1955.

Granger, Beckers & Snow, for defendant-appellant; Shapiro and Lauridsen, and Thomas A. Nutting, for plaintiff-appellee. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.